AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-CV-00121-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **GRAHAM PACKAGING COMPANY, L.P.**
was received by me on *(date)* **02/03/2026**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **CORPORATION SERVICE COMPANY, AS AGENT, ACCEPTED BY MS. DENISE (MANAGING AGENT EMPLOYED AT REGISTERED AGENT)** , who is
designated by law to accept service of process on behalf of *(name of organization)* **GRAHAM PACKAGING COMPANY, L.P.**
**251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808** on *(date)* **02/03/2026**

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **02/03/2026**

*Server's signature*

**GILBERT DEL VALLE - PROCESS SERVER**
*Printed name and title*

**BRANDYWINE PROCESS SERVERS, LLC**
**PO BOX 1360, WILMINGTON, DE 19899**
**302-475-2600**
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBITS A-J AND CIVIL COVER SHEET; REPORT TO THE PATENT COMMISSIONER; CORPORATE DISCLOSURE STATEMENT;

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| Ring Container Technlogoies, LLC <br><br> *Plaintiff(s)* <br> v. <br> Graham Packaging Company, L.P. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 26-cv-121-UNA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Graham Packaging Company, L.P.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christine D. Haynes
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/03/2026

*Joel Morales*
*Signature of Clerk or Deputy Clerk*